**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lavon Dewayne CHISLEY, Petitioner**

No. 687 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ian Christopher BRENNER, Petitioner**

No. 676 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

The Application to Withdraw the Petition for Allowance of Appeal and the Motion to Withdraw Appearance is **DENIED as MOOT**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lori Jean JOHNSON, Petitioner**

No. 726 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.